## WRIGHT v. STATE.

(Division A. June 10, 1935.)

[161 So. 870. No. 31665.]

**Lee M. Russell,** of Jackson, for appellant.

**W. D. Conn, Jr.,** Assistant Attorney-General, for the state.

Argued orally by **Lee M. Russell**, for appellant, and by **W. D. Conn, Jr.**, for the state.

**McGowen, J.**, delivered the opinion of the court.

The conviction of burglary herein cannot be upheld by this court. The confession should have been excluded for the reason that it was induced by the hope of reward, held out to the appellant.

Reversed and remanded.